# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0125
Lower Tribunal No. 22-0400-RT

_____

NATALIA A. CONCEPCION,

Appellant,

v.

MANNY DIAZ, JR., as COMMISSIONER OF EDUCATION,

Appellee.

_____

Appeal from the Education Practices Commission.

December 20, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WHITE, MIZE and BROWNLEE, JJ., concur.


Natalia A. Concepcion, North Fort Myers, pro se.

Ron Weaver, Ocala, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED